Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiffs*
*Linda Osborne and Teddy Osborne*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA OSBORNE; and TEDDY OSBORNE,<br><br>                     Plaintiffs,<br><br>      v.<br><br>GOODLEAP, LLC,<br><br>                  Defendants. | Case No. 2:25-cv-00992-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF GOODLEAP, LLC, WITH PREJUDICE**<br><br>Complaint filed: June 4, 2025<br><br>Assigned to Hon. Judge James C. Mahan |

//

//

//

//

//

//

//

//

//

//

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiffs Linda Osborne and Teddy Osborne ("Plaintiffs") and GoodLeap, LLC ("GoodLeap") to be determined by this Court. Plaintiffs and GoodLeap hereby stipulate that all claims and causes of action that were or could have been asserted against GoodLeap are hereby dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: September 9, 2025.

| LAW OFFICES OF MILES N. CLARK, LLC | ROPERS MAJESKI, PC |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Timothy J. Lepore* |
| Miles N. Clark, Esq. | Timothy J. Lepore, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13908 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: timothy.lepore@ropers.com |
| Las Vegas, NV 89148 | Patrick R. Hulbert, Esq. |
| Email: miles@milesclarklaw.com | Nevada Bar No. 15570 |
| | Email: Patrick.hulbert@ropers.com |
| *Counsel for Plaintiff* | 6623 Las Vegas Blvd., So., Suite F-230 |
| *LINDA OSBORNE; and TEDDY OSBORNE* | Las Vegas, NV 89119 |
| | |
| | *Counsel for Defendant* |
| | *GoodLeap, LLC* |

## <u>ORDER GRANTING<br>STIPULATION OF DISMISSAL OF GOODLEAP, LLC, WITH PREJUDICE</u>

**IT IS SO ORDERED.**

DATED:   September 11, 2025.

_____
U.S. DISTRICT COURT JUDGE

*Osborne et al v. Goodleap, LLC*
*Case No. 2:25-cv-00992-JCM-NJK*

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com